

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

Jacob E. Heric
*Special Assistant U.S. Attorney*

*970 Broad Street, Suite 700*          *main: (973) 645-2700*
*Newark, NJ 07102*                     *direct: (973) 645-2709*
jacob.heric@usdoj.gov

July 15, 2026

<u>**Via ECF**</u>
Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:**    *Campoverde Valarezo v. Blanche,* No. 26-7836 (CCC)
> **Petitioner's Bond Hearing**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter.  We write pursuant to the Court's July 1, 2026, Text Order, ECF No. 3, directing Respondents to provide Petitioner with a bond hearing within seven days of said Order, and to provide a written notice of the outcome of that hearing within three days of its occurrence.

In accordance with this Court's Order, Petitioner's bond hearing was initially scheduled on July 2, 2026. However, U.S. Immigration and Customs Enforcement ("ICE") informs this Office that Petitioner's Counsel withdrew the request on that date, requesting additional time to prepare. *See* Ex. A (Bond Order dated July 2, 2026). Petitioner's bond hearing was rescheduled and occurred on June 14, 2026. *See* Ex. B (Bond Order dated July 14, 2026). The Immigration Judge granted bond in the amount of $15,000. *Id.* Thus, we respectfully request that the Court close this matter and lift all restrictions on Petitioner's transfer.

Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    */s/ Jacob Heric*
JACOB HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office shall close this matter.

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  8/13/2026